

PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

|  |  |  |
|---|---|---|
| IN RE: | : | |
| | : | |
| FRALMER R. NIERVA | : | Case No. 05-15390PM |
| JOSEPHINE ASIDDAO NIERVA | : | Chapter 13 |
| | : | |
| Debtors | : | |

## MEMORANDUM OF DECISION

This case came before the court on the Trustee's suggestion that the court review the compensation of $2,500.00 charged by counsel and the response filed on behalf of counsel for the Debtors. Counsel did not elect to appear at the hearing. What the court has before it is, as the Trustee described, a typical Chapter 13 case. Because the original Plan filed by counsel on behalf of Debtors was unsatisfactory, the confirmation took place only upon the filing of a Second Amended Plan. Counsel's response says nothing other than "a significant amount of work was expended in preparing this case." What that work entailed is left to the imagination of the court.

This court is not bound by the decision of *In re Young*, 285 B.R. 168 (BC Md. 2002). The practice in this division has always been to deal with compensation of counsel in Chapter 13 cases only after the court has determined to enter an order confirming the plan. It would be a waste of effort to deal with requests for compensation that provide for payments under a plan that has not been confirmed. This practice enables the court to follow a procedure of excusing counsel and their clients from attending confirmation hearings should there be no timely objections and the Trustee recommends confirmation. Nonetheless, should counsel prefer, in future cases, the court will hold a hearing on compensation at the confirmation hearing.

An appropriate order will be entered.

cc:

David A. Rosenberg,Esq., Grossbart Portney & Rosenberg, One N. Charles Street, Suite 1214,
    Baltimore, MD 21201
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Fralmer/Josephine Nierva, 14604 Aylesford Circle, Laurel, MD 20707

**End of Memorandum**

